MITCHELL, Defendant in Error, v. WILLIAMS, Plaintiff in Error.

1. Judgment reversed for want of a finding of the facts by the court.

*Error to Jefferson Circuit Court.*

This suit was commenced April 9, 1856.

*Noell & Frissell,* for plaintiff in error.

*Pipkin,* for defendant in error.

NAPTON, Judge, delivered the opinion of the court.

This case was tried under the practice act of 1849, and there was no finding of facts by the court; the judgment is therefore reversed and the cause remanded. The other judges concur.